# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Dennis Alan Pennington
Pennington & Martinez
4707 Bluebonnett, Ste A
Baton Rouge LA 70809

Michael John Harig
Pennington & Martinez
4707 Bluebonnet Blvd, Ste A
Baton Rouge LA 70809

Bradley Loy Drell
Gold Law Firm
P.O. Box 6118
Alexandria LA 71307


**REHEARING ACTION: March 8, 2017**


**Docket Number: 16    00569-CW**

**THE COTTONPORT BANK**
**VERSUS**
**LSJ, LLC, ET AL.**

**Writ Application from Avoyelles Parish Case No. 2015-2516**


**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Marc T. Amy**
   **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **LSJ, LLC, et al** has this day been

   **DENIED.**


cc: Rodney Marchive Rabalais, Counsel for  the Respondent
    Miche Moreau, Counsel for  the Respondent